UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSIDRO HERNANDEZ,<br>　　　　Plaintiff,<br>　　v.<br>CDCR, et al.,<br>　　　　Defendants. | Case No. 19-00401 BLF (PR)<br>**ORDER OF TRANSER** |

Plaintiff, who is currently being held at the Correctional Training Facility-North in Soledad, California, filed a *pro se* civil rights complaint against a single prison employee, Defendant Chavez. (Docket No. 1.) The Court dismissed the complaint with leave to amend for Plaintiff to allege sufficient facts to explain the context of Defendant Chavez's actions. (Docket No. 7 at 2-3.) The amended complaint now indicates that the underlying incident occurred at Centinela State Prison, which is in Imperial, California, and that Defendant Chavez was working there as a correctional officer at the time. (*Id.* at 3-4.)

Because the acts complained of occurred in Imperial County, which lies within the venue of the Southern District of California, *see* 28 U.S.C. § 84(d), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of

California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.

**IT IS SO ORDERED.**

Dated: _November 15, 2019_

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.19\00401Hernandez_transfer (SD)

2